ACCEPTED
01-15-00795-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/2/2015 4:35:45 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00795

_____

<table>
<tr><td>IN THE<br>FIRST COURT OF APPEALS</td><td>FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS</td></tr>
</table>

_____

OLIVER SMITH
*Appellant*,

V.

SHARON STANDEFER,
*Appellee*.

11/2/2015 4:35:45 PM

CHRISTOPHER A. PRINE
Clerk

_____

**FIRST MOTION FOR EXTENSION OF TIME**

_____

TO THE HONORABLE SUPREME COURT OF TEXAS:

Appellant files this First Motion for Extension of Time under Tex. R. App. P. 10.1, 10.5(b), and 53.7(f). In support of this motion, Petitioner shows the following:

1. Petitioner requests an extension of time of thirty days, from October 6, 2015 to November 6, 2015.

2. This is Petitioner's first request for an extension of time in this case.

3. Petitioner relies on the following facts as a reasonable explanation for the requested extension of time. Petitioner's counsel, in addition to preparing a brief on the merits in this case must also devote time to the following additional matters: Petitioner's counsel has a case set for trial on 10-5-15 and will be unable to complete the Petition for Review by this date. Furthermore, Appellant has not obtained the court reporters records and is unable to support his position without the records

4. The undersigned has conferred with opposing counsel, who indicated there was no opposition to this request.

Therefore, Petitioner prays that this Court grant this motion for extension of time.

Respectfully submitted,

/S/

Dion A. Craig
S.B. 24040011
P.O. BOX 52845
Houston, TX 77052
844-249-8364 Ph.
815-572-8838 Fx.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all

counsel of record by telecopier, and certified mail, return receipt requested, and/or by messenger

on this the 2 day of November, 2015

/s/

Dion A. Craig

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with counsel for other parties, who indicated that this motion is unopposed.

/s/

Dion A. Craig